ESTRA LONGBARD, Respondent, v. CHESTER W. WOHLGEMUTH, EARL ADAMS and COLON BUNDY, Appellants.— Action by a married woman to recover damages for personal injuries resulting from the negligence of appellant Bundy, in the operation of a motor truck owned by appellants Wohlgemuth and Adams. The jury rendered a verdict in favor of plaintiff for $4,500, upon which judgment was duly entered. From that judgment defendants appeal. Judgment reversed on the facts and a new trial granted, with costs to appellants to abide the event, on the ground that the verdict as to the amount of damages is against the weight of evidence and excessive, unless within ten days from the entry of the order hereon plaintiff stipulate to reduce to $2,500 the amount of the verdict rendered in her favor; in which event the judgment, as so reduced, is unanimously affirmed, without costs. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

LONG ISLAND RAILROAD COMPANY, Appellant, Respondent, and PENNSYLVANIA RAILROAD COMPANY, Respondent, v. ATLANTIC ELEVATOR COMPANY and MANUFACTURERS' CASUALTY INSURANCE Co., Respondents, Appellants.— The action is to recover $7,000 paid to one Pierce Power-Waters in settlement of a personal injury action brought by him against Long Island Railroad Company, a plaintiff herein, Atlantic Elevator Company, a defendant herein, and another. The claim is based upon a covenant of indemnity contained in a written contract between the Pennsylvania Railroad Company and the·Atlantic Elevator Company. Judgment was entered reforming the contract so as to substitute the plaintiff, Long Island Railroad Company, as a party to the contract in the place and stead of the Pennsylvania Railroad Company, and dismissing the complaint. Plaintiff Long Island Railroad Company appeals from so much of the judgment as dismisses its complaint against defendant Manufacturers' Casualty Insurance Co. and awards costs to defendants. Defendants cross-appeal from so much of the same judgment as adjudges reformation of the contract, and defendant Atlantic Elevator Company also appeals from an order directing a separate trial of the issues contained in the third affirmative defense of the answer. Judgment, in so far as appealed from, unanimously affirmed, with costs to defendant Atlantic Elevator Company. Appeal from order directing a separate trial of the issues contained in the third affirmative defense set up in the answer dismissed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

IRVING MARIASH, Appellant, v. LEE MARIASH, Respondent.— In an action brought by appellant husband against respondent wife to establish the validity of a separation agreement between the parties and for other relief, order granting defendant's motion to examine plaintiff before trial in so far as appealed from affirmed, without costs; examination to proceed on five days ' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.